|              |                                                      |
|--------------|------------------------------------------------------|
| **From:**    | Lazor, Melanie                                       |
| **To:**      | Munoz, Melanie - EBSA; Fisher, Julie - EBSA; Herzog, Carol - EBSA |
| **Cc:**      | Whaley, David; Lamb, Brian                           |
| **Subject:** | CSG Documents                                        |
| **Date:**    | Friday, March 20, 2020 1:45:18 PM                    |
| **Attachments:** | image001.png<br>image002.png<br>CSG - EM Logistics Priv Log.pdf<br>CSG - W BBQ Priv Log.pdf<br>CSG Choate Privilege Log.pdf<br>CSG-Envision Privilege Log (2).pdf |

Good afternoon,

As you may know, this firm represents CSG Partners LLC with respect to certain investigations currently conducted by the EBSA, including investigations related to the Choate Construction Company Employee Stock Ownership Plan, E&M Logistics Inc. Employee Stock Ownership Plan, Envision Management Holding, Inc. Employee Stock Ownership Plan, and W BBQ Holdings, Inc. Employee Stock Ownership Plan.

For ease of reference, I've attached CSG's privilege logs for CSG's document productions related to requests for documents issued by the EBSA for each of these investigations. We are aware that you are requesting certain documents CSG has withheld as privileged. CSG withheld these documents to protect the privilege of the respective companies, and therefore cannot agree to waive that privilege unilaterally. Can you please identify which documents you are looking for specifically?

It may be easiest for all us all to have a call to discuss. Let me know you availability and we can set something up.

Thanks,
Melanie

**Melanie Lazor** | Associate | **Thompson Hine LLP**
312 Walnut Street, 14th Floor | Cincinnati, Ohio 45202-4089
**O:** 513.352.6554 | **M:** 513.309.7999
**F:** 513.241.4771 | www.ThompsonHine.com
Melanie.Lazor@ThompsonHine.com



**A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more.**

**Ranked among the Best of 2018 for promotion of women to partner (Diversity & Flexibility Alliance) and shortlisted by Euromoney Legal Media Group Americas Women in Business Law Awards in six categories, including Best National Firm for Women in Business Law (North America). Read our Spotlight on Women® report, Making Our Mark.**

Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.

