```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                          :

MILTON AL STEWART, ACTING              :
SECRETARY OF LABOR,                             :
UNITED STATES DEPARTMENT            :        1:21-mc-345-GHW
OF LABOR,                                                          :
                                  Petitioner,   :                   ORDER
                 -v -                                 :
                                                         :
CSG PARTNERS, LLC,                             :
                                                         :
                                 Respondent.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On March 16, 2021, Petitioner, the U.S. Department of Labor, filed a petition requesting that the Court enforce an administrative subpoena issued to Respondent, CSG Partners, LLC. Dkt. No. 1. There is no indication on the docket that Petitioner has served the petition on Respondent. Nor has Petitioner proposed a process pursuant to which Respondent might be contacted regarding the petition and be heard with respect to the issues presented in it. As a result, the Court understands that Petitioner is requesting that the Court grant its application *ex parte*, without providing Respondent the opportunity to be heard regarding the petition. The Court declines to do so.

Instead, the Court orders the following. Petitioner is ordered to serve the petition and all of its supporting materials on Respondent no later than March 30, 2021. Petitioner is directed to meet and confer with counsel for Respondent and to present a joint letter with the parties' proposal regarding a briefing schedule with respect to the petition. To the extent that Respondent is unavailable or unwilling to cooperate to present a proposed briefing schedule, Petitioner is directed to submit its proposal for a briefing schedule with respect to the petition, and a proposed order to show cause to be issued to Respondent in connection with the application.

The Court expects that the materials described above will be submitted to the Court no later than April 6, 2021.

SO ORDERED.

Dated: March 23, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge