UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/16/2021
```

-------------------------------------------------------------------- X
                         :

MILTON AL STEWART, ACTING      :
SECRETARY OF LABOR,          :
UNITED STATES DEPARTMENT   :            1:21-mc-345-GHW
OF LABOR,                     :
                Petitioner,  :             <u>ORDER</u>
          -v -         :
                         :
CSG PARTNERS, LLC,         :
                         :
              Respondent.  :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On June 16, 2021, the Court granted in part and denied in part Petitioner's motion to

enforce an administrative subpoena.  Dkt. No. 27.  There are no further issues that require the

Court's resolution.

Accordingly, the Clerk of Court is instructed to close this case.

 SO ORDERED.

Dated: September 16, 2021
    New York, New York

_____
GREGORY H. WOODS
United States District Judge